IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HWAN C. NO ) | |
| ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. 1:16-cv-02546-TCB |
| ) | |
| TOMORROW ENTERPRISE, ) | |
| INC., d/b/a WINGS PUP and ) | |
| SOO HONG LEE, ) | |
| ) | |
| Defendants. | |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE OF CLAIMS

The parties in the above-styled action move this Court for an order approving the settlement reached by the parties. The grounds for this Motion are set forth in the accompanying Brief.

WHEREFORE, the parties request that this Court enter an order approving the settlement and dismissing this action with prejudice. A proposed order is attached.

Respectfully and jointly submitted this 21st day of October, 2016.

For Plaintiff:

                                                                              Leon & Kim, LLC
                                                                             ***/s/ Brian G. Kim***

                                                    Brian G Kim
                                                    Georgia. Bar No. 479330

1815 Satellite Blvd. #303
Duluth, GA 30097
Telephone: 678.878.4200
Facsimile:  678.878.4208
E-Mail: brian@leonandkim.com

For Defendants:

                                /s/ ***Ade Adeboye***
                                Ade Abeboye

The Law Firm of T. Ade Adeboye, PC
701 Whitelock Avenue, K-48, Suite 100
Marietta, GA 30064
Telephone:  (678)-354-3554

                              ***/s/ John z. Wu***
                                John Z. Wu

The Law Firm of John Z. Wu, LLC
3555 Koger Boulevard, Suite 310
Duluth, GA 30096
Telephone:  (678)-514-5998

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HWAN C. NO** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**TOMORROW ENTERPRISE,** )<br>**INC., d/b/a WINGS PUP and** )<br>**SOO HONG LEE,** )<br>)<br>**Defendants.** | CIVIL ACTION<br>FILE NO. 1:16-cv-02546-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE OF CLAIMS** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

The Law Firm of T. Ade Adeboye, PC
701 Whitelock Avenue, K-48, Suite 100
Marietta, GA 30064
Telephone:  (678)-354-3554

The Law Firm of John Z. Wu, LLC
3555 Koger Boulevard, Suite 310
Duluth, GA 30096

3

Telephone: (678)-514-5998

This 21st day of October, 2016.

By: Leon & Kim, LLC
***/s/ Brian G. Kim***
Brian G Kim
Georgia. Bar No. 479330