IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HWAN C. NO | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 1:16-cv-02546-TCB |
| | ) |
| TOMORROW ENTERPRISE, | ) |
| INC., d/b/a WINGS PUP and | ) |
| SOO HONG LEE, | ) |
| | |
| Defendants. | |

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CLAIMS WITH PREJUDICE

This matter came before the Court on the parties' Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice of Claims. The parties properly sought final approval of their settlement. *Lynn Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982). Having reviewed the Joint Motion and Brief in Support, as well as the record, the Court approves the settlement.

Accordingly, the Motion is GRANTED; the settlement is APPROVED; and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED THIS 26th day of October, 2016.

_____
HONORABLE TIMOTHY C. BATTEN, Sr.
UNITED STATES DISTRICT JUDGE

1